EDWARD H. KUBO, JR.        #2499
United States Attorney

FLORENCE T. NAKAKUNI       #2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA        #1460
Assistant U.S. Attorney
Room 6-100, Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Fax: (808) 541-2958
Mike.Kawahara@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 5 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>VS. )<br><br>CHRISTIAN JASON MAXWELL, (01) )<br>PATRICIO SANCHEZ, III,    (02) )<br>LEILA LAGAFUAINA,         (03) )<br><br>Defendants. ) | CRIM. 04-0257DAE-01,-02,-03<br><br>FIRST SUPERSEDING INDICTMENT<br>[21 U.S.C. 846, 841(a)(1)] |

**FIRST SUPESEDING INDICTMENT**

Count 1:

The Grand Jury charges that:

From a time unknown to the grand jury up through and

including on or about June 27, 2004 in the District of Hawaii,

defendants:

**CHRISTIAN JASON MAXWELL** (hereinafter "Maxwell")
**PATRICIO SANCHEZ, III** (hereinafter "Sanchez"), and
**LEILA LAGAFUAINA** (hereinafter "Lagafuaina"),

knowingly and intentionally conspired to distribute and to

possess with intent to distribute fifty (50) grams or more of methamphetamine, its salts, isomers, and salts of its isomers, to wit: approximately 426.0 grams (net weight) of d-methamphetamine hydrochloride with a purity of 58%, a Schedule II controlled substance,

A violation of Title 21, United States Code, Section 841(a)(1).

<u>Overt Acts</u>:

In furtherance of this conspiracy and in order to attain the objects thereof, the following overt acts, among others, were committed in the District of Hawaii:

1.   On or about June 25, 2004, Maxwell delivered approximately 426.0 grams (net weight) of methamphetamine to Sanchez.

2.   On or about June 26, 2004, Lagafuaina spoke on the telephone.

3.   On or about June 26, 2004, Lagafuaina entered room #2731 at the Ala Moana Hotel.

4.   On or about June 26, 2004, Sanchez entered room #2731 at the Ala Moana Hotel.

5.   On or about June 26, 2004, Sanchez delivered the methamphetamine specified in overt act #1.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

Count 2:

The Grand Jury further charges that:

On or about June 26, 2004 in the District of Hawaii,

defendants:

**CHRISTIAN JASON MAXWELL,**
**PATRICIO SANCHEZ, III** and
**LEILA LAGAFUAINA**

knowingly and intentionally distributed fifty (50) grams or more

of methamphetamine, its salts, isomers, and salts of its isomers,

to wit: approximately 426.0 grams (net weight) of d-

methamphetamine hydrochloride with a purity of 58%, a Schedule II

controlled substance,

In violation of Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A), and Title 18, United States Code,

Section 2.


Count 3:

The Grand Jury further charges that:

On or about June 27, 2004 in the District of Hawaii,

defendant:

**CHRISTIAN JASON MAXWELL,**

knowingly and intentionally distributed five (5) grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, to

wit: approximately 64.1 grams (net weight) of d-methamphetamine

hydrochloride with a purity of 60%, a Schedule II controlled

3

substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, August 5 , 2004.

A TRUE BILL,

/s/

_____
GRAND JURY FOREPERSON


EDWARD H. KUBO, JR.
United States Attorney

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney


USA v. Sanchez, Lagafuaina, & Maxwell, USDC-Hawaii Cr. No. 04-0257DAE, First Superseding Indictment.